# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | ) 1:07-cv-01152 LJO GSA |
| | ) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATIONS |
| v. | ) |
| | ) (Document 16) |
| KING HARRIS PUBLICATIONS MAGAZINE, | ) |
| | ) |
| Defendant. | ) |

On March 3, 2008, the Magistrate Judge issued Findings and Recommendations that Plaintiff's action be dismissed, with prejudice, for failure to state a claim upon which relief may be granted. These Findings and Recommendations were served on Plaintiff and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date of service of the order. On March 10, 2008, Plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued March 3, 2008, are ADOPTED IN FULL; and

2. This action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   March 12, 2008**                                  **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE