# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. CV F 07-1152 LJO GSA |
| Plaintiff, | **ORDER TO DENY RECONSIDERATION** (Doc. 28.) |
| vs. | |
| KING HARRIS PUBLICATIONS MAGAZINE, | |
| Defendant. | |

Plaintiff seeks reconsideration after the Ninth Circuit Court of Appeals affirmed dismissal of his 42 U.S.C. § 1983 claims against a private entity. This Court DENIES plaintiff's belated reconsideration motion which seeks improper relief. This Court ADMONISHES plaintiff that it will strike any further papers which plaintiff files.

IT IS SO ORDERED.

**Dated:   November 18, 2009**                              /s/ Lawrence J. O'Neill
                                                                           UNITED STATES DISTRICT JUDGE